Opinion issued September 17, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00773-CV

____________


ALDEN JOSEPH VERRETT, Appellant


V.


TERRY WHITE VERRETT, Appellee






On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 2007-21238






MEMORANDUM OPINION

 On September 10, 2009, appellant, Alden Joseph Verrett, filed a motion to
dismiss his appeal. The motion indicates that it is unopposed. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. See Tex. R. App.
P. 42.1(a)(1). 

 Any pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. See Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Higley, and Sharp.